IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| VICTOR REYES, JR. AND<br>FRANCISCA REYES<br>    Plaintiffs<br><br>vs.<br><br>STATE FARM LLOYDS<br>    Defendant | § § § § § § § § | Civil Action No. 5:19-cv-00132 |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE MAGISTRATE JUDGE:

The Parties wish to announce that they reached settlement agreement in this matter. The Parties anticipate that they will have the settlement finalized within 60 days from today and will file a joint stipulation of dismissal with the Court. Accordingly, the parties ask that all deadlines be abated and that this case be removed from the Court's trial docket.

Respectfully submitted,

David R. Stephens
State Bar No. 19146100
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
dstephens@lstlaw.com

*Counsel for Defendant State Farm Lloyds*

1

PERRY & SHIELDS, LLP

_Eddie Lane by permission (DS)_
Eddie Lane
State Bar No. 24067719
PERRY & SHIELDS, LLP
2900 North Loop W., Suite 850
Houston, Texas 77092
Direct: 713-955-3114
Tel: 713-955-3102
Fax: 281-715-3209
elane@perryshields.com

*Counsel for Plaintiffs Victor Reyes, Jr. and Francisca Reyes*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Joint Notice of Settlement was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent on this _14_ day of ~~June~~ July, 2020, to the following:

Eddie Lane
*State Bar No. 24067719*
PERRY & SHIELDS, LLP
2900 North Loop W., Suite 850
Houston, Texas 77092
Direct: 713-955-3114
Tel: 713-955-3102
Fax: 281-715-3209
elane@perryshields.com
opresas@perryshields.com

David R. Stephens

2