# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **VICTOR REYES JR**, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 5:19-CV-132 |
| **STATE FARM LLOYDS**, | § § § | |
| Defendant. | § | |

## ORDER

On September 14, 2020, Plaintiffs Victor Reyes, Jr. and Francisca Reyes, and Defendant State Farm Lloyds filed a "Rule 41(a) Stipulation of Voluntary Dismissal" (Dkt. 29). The "Stipulation" (Dkt. 29), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 15th day of September, 2020.

_____
Diana Saldaña
United States District Judge